**FEIN, SUCH, KAHN & SHEPARD, PC.**
Counsellors at Law
7 Century Drive - Suite 201
Parsippany, New Jersey 07054
(973) 538-9300
Attorneys for Secured Creditor
TAMMY L. TERRELL, ESQ.- 4062
AD1456

| IN RE: | UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|---|
| JAMES GAVENAS AND CATHY A. GAVENAS aka CATHY S. BERTONE aka C. STAGG BERTONE | Chapter 7<br><br>Case No. 08-15851 RG |
| Debtors. | **NOTICE OF MOTION TO VACATE AUTOMATIC STAY PURSUANT TO 11 U.S.C. 362 (d)** |

                                    Hearing Date: May 27, 2008

TO:   ANDREW T. SHAW, ESQ.
      301 DOVER-CHESTER ROAD
      RANDOLPH, NJ 07869
      Debtors' Attorney

      GARY S. JACOBSON, ESQ.
      P.O. BOX 276
      LIBERTY CORNER, NJ 07938
      Trustee in Bankruptcy

      JAMES GAVENAS
      CATHY A. GAVENAS aka
      CATHY S. BERTONE aka
      C. STAGG BERTONE
      36 HILLARD ROAD
      MOUNT ARLINGTON, NJ 07856
      Debtor(s)


SIR and MADAM:

     PLEASE TAKE NOTICE that the undersigned attorney for the

Secured Creditor, CHASE HOME FINANCE, LLC., as servicer for

DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE C/O CHASE HOME FINANCE LLC AS SERVICING AGENT, shall move before the, United States Bankruptcy Judge, Honorable Rosemary Gambardella, 50 Walnut Street, Newark, NJ 07102 on the 27TH day of May, 2008, at 10:00 a.m., or as soon thereafter as counsel may be heard, for the following relief:

    A.   For an Order to Vacate the Automatic Stay pursuant to 11 U.S.C. 362 (d) (1) and/or (2) to permit CHASE HOME FINANCE, LLC., as servicer for DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE C/O CHASE HOME FINANCE LLC AS SERVICING AGENT, to proceed against the Debtors and to foreclose upon residential real property of the Debtors known as 36 HILLARD RD, MOUNT ARLIN, NJ 07856 (hereinafter "Premises"), by any lawful means in the Superior Court of New Jersey, Chancery Division; and

    B.   For such other relief as is just.

    PLEASE TAKE FURTHER NOTICE that in support of this Motion, counsel will rely upon the Affidavit of ADVANTA MORTGAGE CORP. .

Dated: April 26, 2008

                              **FEIN, SUCH KAHN & SHEPARD, PC.**
                              Attorneys for Secured Creditor

                      By:  /S/ TAMMY L. TERRELL, ESQ.