Form 154 – ntcabn72

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 08–15851–RG
Chapter: 7
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| James Gavenas | Cathy A. Gavenas |
| 36 Hilliard Road | aka Cathy S. Bertone, aka C. Stagg Bertone |
| Mt. Arlington, NJ 07856 | 36 Hilliard Road |
| | Mt. Arlington, NJ 07856 |

Social Security No.:
  xxx–xx–6411                              xxx–xx–6540

Employer's Tax I.D. No.:

## NOTICE OF PROPOSED ABANDONMENT

Gary S. Jacobson, Trustee for the above−captioned case, has filed a notice of intent to abandon certain property described below as being of inconsequential value to the estate.

If any creditor or other party in interest has an objection to the proposed abandonment, the objection and a request for a hearing on such objection shall be in writing, served upon the Trustee and filed with the Clerk of the United States Bankruptcy Court. Such objection and request shall be filed with the Clerk and served upon the Trustee no later than November 12, 2008.

In the event an objection is timely filed, a hearing will be held before the Honorable Rosemary Gambardella on

DATE:             11/24/08
TIME:             10:00 AM
COURTROOM:        3E

If no objection is filed with the Clerk and served upon the Trustee on or before November 12, 2008, the abandonment will take effect on the fifth day following the last day to file objections.

The description of the property to be abandoned is as follows:
36 Hilliard St., Mt. Arlington, NJ

Current Market Value: $510,000

The liens on the property to be abandoned are as follows
(including amount claimed due):
$496,800

The amount of equity claimed as exempt by the debtor is:

Request for additional information about the property to be abandoned should be directed to the Trustee at:
Gary S. Jacobson
Herold and Haines, P.A.

P.O. Box 276
Liberty Corner, NJ 07938
908–484–1101

    or the trustee's attorney (if applicable) at:

Dated: October 24, 2008
JJW:

                                                                             James J. Waldron
                                                                             Clerk

# CERTIFICATE OF NOTICE

```
District/off: 0312-2           User: lchapman              Page 1 of 1                   Date Rcvd: Oct 24, 2008
Case: 08-15851                 Form ID: 154                Total Served: 40

The following entities were served by first class mail on Oct 26, 2008.
 db           +James Gavenas,    36 Hilliard Road,    Mt. Arlington, NJ 07856-1403
 jdb          +Cathy A. Gavenas,    36 Hilliard Road,    Mt. Arlington, NJ 07856-1403
 aty          +Lowndes, Drosdick, Doster, Kantor & Reed,    405 S. Orange Ave.,    Ste. 250,   PO Box 2809,
                Orlando, FL 32802-2809
 aty          +Lowndes, Drosdick, Doster, Kantor & Reed,    Lowndes, Drosdick, Doster,    215 North Eola Drive,
                PO Box 2809,    Orlando, FL 32802-2809
 smg           U.S. Attorney,    970 Broad St.,    Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
 smg          +United States Trustee,    Office of the United States Trustee,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
 cr           +Chase Home Finance, LLC,    Fein, Such, Kahn & Shepard, P.C.,    7 Century Drive, Suite 201,
                Parsippany, NJ 07054-4673
 cr           +JPMorgan Chase Bank, N.A.,    3415 Vision Drive,    Columbus, OH 43219-6009
508703691      American Express,    ATTN: Customer Service,    PO Box 981535,    El Paso, TX 79998-1535
508729250      American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
508703692      Aspire,    PO Box 105555,    Atlanta, GA 30348-5555
508703696      BP Card Services,    PO Box 15298,    Wilmington, DE 19850-5298
508703693      Bank of America,    PO Box 15026,    Wilmington, DE 19850-5026
508703694      Bank of America,    PO Box 15027,    Wilmington, DE 19850-5027
508703695      Bank of America,    PO Box 15184,    Wilmington, DE 19850-5184
508703698      Chase,    PO Box 15298,    Wilmington, DE 19850-5298
508703699      Chase,    PO Box 78116,    Phoenix, AZ 85062-8116
508703697      Chase,    PO Box 78035,    Phoenix, AZ 85062-8035
508703700      Dell Financial Services,    PO Box 81577,    ATTN: Correspondence,    Austin, TX 78708-1577
508703702      Exxon/Mobil,    PO Box 688940,    Des Moines, IA 50368-8940
508703703      First Premier Bank,    PO Box 5524,    Sioux Falls, SD 57117-5524
508703704      GE Money Bank,    PO Box 981127,    El Paso, TX 79998-1127
508703705      GMAC,    PO Box 7041,    Troy, MI 48007-7041
508703707      HSBC Card Services,    PO Box 81622,    Salinas, CA 93912-1622
508703706      Home Depot Credit Svcs,    PO Box 689100,    Des Moines, IA 50368-9100
508703708      JCPenney,    PO Box 981403,    El Paso, TX 79998-1403
508703710      Kohl's,    PO Box 3043,    Milwaukee, WI 53201-3043
508703711      Lord & Taylor,    PO Box 981430,    El Paso, TX 79998-1430
508703713     +Macy's,    PO Box 8066,    Mason, OH 45040-8066
508703714     +Newport News,    ATTN: Card Processing Center,    PO Box 9204,    Old Bethpage, NY 11804-9004
508703718      SVO Portfolio Services, Inc.,    PO Box 105157,    Atlanta, GA 30348-5157
508703717      SVO Portfolio Services, Inc.,    IES/Westin St. John Hotel Co.,    PO Box 105237,
                Atlanta, GA 30348-5237
508703715      Sears,    PO Box 6924,    The Lakes, NV 88901-6924
508703716      Sears Credit Cards,    PO Box 6922,    The Lakes, NV 88901-6922
508703719      Target National Bank,    ATTN: Target Credit Services,    PO Box 1581,
                Minneapolis, MN 55440-1581
508703721      WFNNB-Fortunoff,    PO Box 182273,    Columbus, OH 43218-2273
508703720      Washington Mutual Card Svcs.,    PO Box 660509,    Dallas, TX 75266-0509
The following entities were served by electronic transmission on Oct 25, 2008.
508703701     +E-mail/PDF: mrdiscen@discoverfinancial.com Oct 25 2008 02:00:27     Discover More Card,
                PO Box 30943,    Salt Lake City, UT 84130-0943
508703709     +E-mail/PDF: gecsedi@recoverycorp.com Oct 25 2008 01:02:04     JCPenney,    PO Box 981131,
                El Paso, TX 79998-1131
508703712      E-mail/PDF: gecsedi@recoverycorp.com Oct 25 2008 01:02:07     Lowe's,    PO Box 981064,
                El Paso, TX 79998-1064
                                                                                              TOTAL: 3

              ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 26, 2008**                       **Signature:** _Joseph Speetjens_